# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BEST TRANSFER, INC., et al., | Case No. 1:19-cv-00020-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE |
| v. | (ECF No. 16) |
| KIMBERLY A. GAAB, | |
| Defendant. | |

On January 3, 2019, Plaintiffs filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 2.) On January 4, 2019, the Court set an initial scheduling conference to take place on March 26, 2019. (ECF No. 5.) On February 11, 2019, the parties, including Intervenor Archer Daniels Midland Company, filed a joint stipulation to continue the scheduling conference due to pending motions to dismiss. (ECF No. 16.)

Accordingly, IT IS HEREBY ORDERED that:

1.      The parties' request to continue the initial scheduling conference is GRANTED;

2.      The initial scheduling conference set for March 26, 2019 is CONTINUED to **April 9, 2019 at 11:00 a.m.** in Courtroom 9; and

///

///

///

1

1         3.      The parties shall file a joint scheduling report seven (7) days prior to the

2         scheduling conference.

3

4 IT IS SO ORDERED.

5 Dated:   **February 11, 2019**

                           UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28